UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE BOUCHE CABRAL  ) | CV 17-2177-AGR |
| Plaintiff,  ) | |
| v.  ) | JUDGMENT |
| NANCY A. BERRYHILL, Commissioner ) of Social Security,  ) | |
| Defendant.  ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: December 15, 2017

ALICIA G. ROSENBERG
United States Magistrate Judge